UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARISSA GORRIE-PRESIDENT,

                          Plaintiff,

        -against-

A.D., A MINOR; ALI FORNEY CENTER;
NEW YORK CITY FAMILY COURT JUDGE
AMANDA WHITE; CLARITZA GARCIA,
ACS NEW YORK CITY SUPERVISOR,

                          Defendants.

25-cv-5358 (LLS)

CIVIL JUDGMENT

For the reasons stated in the October 23, 2025, order, this action is dismissed.

SO ORDERED.

Dated:    January 6, 2026
          New York, New York

                                    /s/ Louis L. Stanton
                                      LOUIS L. STANTON
                                   United States District Judge